No. 6425—Lawrence Duffy, Liquidator, vs. John Lange.

No. 6404—Joseph Llado vs. John Robinson.

No. 6644—R. King Cutler vs. S. S. Carlisle.

No. 6643—Andrew Schneider vs. Mrs. S. Bone.

No. 6386—Thompson & Seymour vs. City of New Orleans.

No. 6623—Richard Milliken vs. C. A. Miltenberger.

No. 6410—Christie Connell vs. Mrs. Mary P. Foucher.

The above cases involve only questions of fact.

### No. 7902.

State of Louisiana ex rel. Heirs of Jacob Hoover vs. Judge of the Ninth Judicial District Court.

Mandamus refused to compel a District Judge to have a case before him tried by a jury.

### No. 7937.

State of Louisiana ex rel. Guesnard vs. Judge of the Twenty-Third Judicial District Court.

Writ of *Certiorari* refused.

### No. 7940.

State of Louisiana ex rel. Van Wickle vs. Judge of the Twenty-First Judicial District Court.

Prohibition refused.

### No. 7939.

State of Louisiana ex rel. Bloomer vs. Judge of the Eighteenth Judicial District Court.

*Certiorari* and Prohibition refused.

### No. 8037.

State of Louisiana ex rel. Willis Hopkins vs. W. W. Bradley, Sheriff.

Application for *Habeas Corpus* refused on the face of the petition.

### No. 7938.

State of Louisiana ex rel. J. Benjamin Chandler vs. Auditor, Treasurer, Attorney General, et al.

Application for Mandamus and Prohibition refused for want of original jurisdiction.

### No. 7953.

State of Louisiana ex rel. F. Lamarque vs. N. H. Rightor, Judge of the Sixth District Court.

Application for Prohibition refused.